*Doublesided Copy*

| AO-10 Rev. 1/2004 | FINANCIAL DISCLOSURE REPORT<br>Calendar Year 2003 | Report Required by the Ethics in Government Act of 1978<br>(5 U.S.C. app. §§ 101-111) |
|---|---|---|

| 1. Person Reporting (Last name, First name, Middle initial)<br><br>Tunheim, John R | 2. Court or Organization<br><br>District of Minnesota | 3. Date of Report<br><br>05/14/2004 |
|---|---|---|
| 4. Title (Article III Judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. District Judge - Active | 5. ReportType (check appropriate type)<br><br>○ Nomination, Date<br>○ Initial   ◉ Annual   ○ Final | 6. Reporting Period<br><br>01/01/2003<br>to<br>12/31/2003 |
| 7. Chambers or Office Address<br><br>13E United States Courthouse<br>300 South Fourth Street<br>Minneapolis, MN 55415 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

**IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.

## I. POSITIONS. (Reporting individual only; see pp. 9-13 of filing instructions)

☐ NONE - (No reportable positions.)

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Council Member | Govt & Public Sector Lawyers Division, American Bar Association |
| 2. Director | Minnesota Institute for Legal Education (nonprofit organization) |
| 3. Director | Norwegian-American Historical Association (nonprofit organization) |
| 4. Director | St. Croix Valley Community Foundation (nonprofit organization) |
| 5. Director | Federal Judges Association |
| 6. Director | American Judicature Society |
| 7. Director | Federal Bar Association, Minnesota Chapter |
| 8. Director | University of Minnesota Law Alumni Association |
| 9. Director | America's Child (nonprofit organization) |
| 10. Director | America's Child Minnesota (nonprofit organization) |
| 11. Advisor | Central European and Eurasian Law Initiative, American Bar Association |
| 12. Member, Liaison | Advisory Committee to the Standing Committee on Election Law, American Bar Association |

## II. AGREEMENTS. (Reporting individual only; see pp. 14-16 of filing instructions)

☑ NONE - (No reportable agreements.)

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |

FINANCIAL DISCLOSURE OFFICE   RECEIVED May 20 11 49 AM '04

# FINANCIAL DISCLOSURE REPORT

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 05/14/2004 |

## III. NON-INVESTMENT INCOME. (Reporting individual and spouse; see pp. 17-24 of filing instructions)

### A. Filer's Non-Investment Income

☑ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE | GROSS INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |

### B. Spouse's Non-Investment Income - (If you were married during any portion of the reporting year, please complete this section. (dollar amount not required except for honoraria)

☐ NONE - (No reportable non-investment income.)

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2003 | GCI Tunheim (January - September), Tunheim Partners (September - December), Minneapolis, MN |
| 2. | 2003 | Bush Foundation, St. Paul, MN (Director Compensation) |

## IV. REIMBURSEMENTS – transportation, lodging, food, entertainment.

(Includes those to spouse and dependent children. See pp. 25-27 of instructions.)

☐ NONE - (No such reportable reimbursements.)

| | SOURCE | DESCRIPTION |
|---|---|---|
| 1. | National Association of Attorneys General | 5/19/03 - 5/20/03 (Chicago, IL) transportation and lodging and food to speak at meeting of Chief Deputy Attorneys General. |
| 2. | American Bar Association, Government and Public Sector Lawyers Division | 2/6/03 - 2/8/03 (Seattle, WA) ) transportation and lodging for council meeting. |
| 3. | ABC News - "The JFK Project" | 8/3/03 - 8/4/03 (New York, NY) transportation, lodging and food for interview |
| 4. | The Cyril H. Wecht Institute of Forensic Science and Law, Duquesne Univ. Law School | 11/20/03 - 11/23/03 (Pittsburgh, PA) transportation, lodging and food for participation in conference. |
| 5. | | |

## V. GIFTS. (Includes those to spouse and dependent children. See pp. 28-31 of instructions.)

☐ NONE  - (No such reportable gifts.)

| SOURCE | DESCRIPTION | VALUE |
|---|---|---|
| 1. Minneapolis Club | Honorary Membership (est. dues) | $4,080 |

## VI. LIABILITIES. (Includes those of spouse and dependent children. See pp. 32-34 of instructions.)

☐ NONE  - (No reportable liabilities.)

| CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|
| 1. Excel Bank - Minneapolis MN | Working Capital Line of Credit for Tunheim Partners | N |

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 05/14/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | B. (2) Type (e.g. div. rent. or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | C. (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g. buy, sell, merger, redemption) | D. If not exempt from disclosure (2) Date: Month - Day | D. (3) Value Code 2 (J-P) | D. (4) Gain Code 1 (A-H) | D. (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| ☐ NONE (No reportable income, assets, or transactions) | | | | | | | | | |
| 1. Hiway Federal Credit Union. St. Paul, MN (Bank Accts) | A | Interest | J | T | | | | | |
| 2. Schwab One Money Market Account | A | Interest | K | T | | | | | |
| 3. State of Minnesota Deferred Compensation Account | | None | J | T | | | | | |
| 4. Honeywell Retirement Benefit Plan | | None | K | T | | | | | |
| 5. Tunheim Partners Co. 401(k) Fidelity Advisors Ltd Term (form | | None | L | T | | | | | |
| 6. Atlas Energy for the Nineties Public Officer #4 | A | Distribution | J | T | | | | | |
| 7. Cisco Systems Inc. Stock * | | None | J | T | | | | | |
| 8. Intel Corp. Stock * | A | Dividend | J | T | | | | | |
| 9. Nokia Corp. Stock * | A | Dividend | J | T | | | | | |
| 10. Schwab Money Market Fund * | A | Interest | J | T | | | | | |
| 11. Wells Fargo Bank | B | Interest | K | T | | | | | |
| 12. Tibco Software, Inc. * | | None | | | SELL | 3/03 | J | | |
| 13. Pine City General Obligation Municipal Bonds | A | Dividend | K | T | | | | | |
| 14. Hennepin County MN Lease Municipal Bonds | B | Dividend | K | T | | | | | |
| 15. Minnesota Pub Facs Municipal Bonds | A | Dividend | K | T | | | | | |
| 16. Pine City General Obligation Bonds | B | Dividend | K | T | | | | | |
| 17. Jordan General Obligation Bonds | B | Dividend | K | T | | | | | |
| 18. Rosemount General Obligation Municipal Bonds | B | Dividend | K | T | | | | | |

1. Income/Gain Codes: A = $1,000 or less     B = $1,001-$2,500     C = $2,501-$5,000     D = $5,001-$15,000     E = $15,001-$50,000
(See Columns B1 and D4)     F = $50,001-$100,000     G = $100,001-$1,000,000     H1 = $1,000,001-$5,000,000     H2 = More than $5,000,000

2. Value Codes:     J = $15,000 or less     K = $15,001-$50,000     L = $50,001-$100,000     M = $100,001-$250,000
(See Columns C1 and D3)     N = $250,000-$500,000     O = $500,001-$1,000,000     P1 = $1,000,001-$5,000,000     P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000     P4 = $More than $50,000,000

3. Value Method Codes     Q = Appraisal     R = Cost (Real Estate Only)     S = Assessment     T = Cash/Market
(See Column C2)     U = Book Value     V = Other     W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 05/14/2004 |

## VII. INVESTMENTS and TRUSTS – income, value, transcations (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g. div. rent. or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g. buy, sell, merger, redemption) | (2) Date: Month - Day | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 19. Medtronic * | A | Dividend | J | T | | | | | |
| 20. Diamonds Trust Series I * | A | Dividend | J | T | | | | | |
| 21. Check Point Software Technologies * | | None | J | T | PARBUY | 5/5 | J | | |
| 22. iShares MSCI EAFE Index Fund | A | Dividend | | | SELL | 3/10 | K | | |
| 23. Calamos Convertible Growth & Income Mutual Fund | A | Dividend | K | T | | | | | |
| 24. Clipper Mutual Fund | A | Dividend | K | T | BUY | 12/22 | J | | |
| 25. Longleaf Partners Small-Cap Mutual Fund | A | Distribution | L | T | BUY | 12/30 | J | | |
| 26. Vanguard Health Care Mutual Fund | A | Distribution | K | T | BUY | 3/21 | J | | |
| 27. | | | | | BUY | 12/22 | J | | |
| 28. IBM Common Stock * | A | Dividend | J | T | PAR SELL | 1/10 | J | B | |
| 29. | | | | | BUY | 5/27 | J | | |
| 30. | | | | | PAR SELL | 5/13 | J | B | |
| 31. | | | | | BUY | 1/24 | J | | |
| 32. Lockheed Martin Common Stock * | A | Dividend | J | T | | | | | |
| 33. MCG Capital Common Stock * | A | Dividend | J | T | | | | | |
| 34. Select Comfort Common Stock * | | None | J | T | PAR SELL | 2/4 | J | A | |
| 35. | | | | | PAR SELL | 7/14 | J | A | |
| 36. Starbucks Corp Common Stock * | | None | | | SELL | 11/4 | J | A | |

1. Income/Gain Codes: A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
   (See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes: J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
   (See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
   P3 = $25,000,001-$50,000,000   P4 = More than $50,000,000
3. Value Method Codes   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
   V = Other   W = Estimated

| Name of Person Reporting | Date of Report |
|---|---|
| Tunheim, John R | 05/14/2004 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (includes those of the spouse and dependent children. See pp. 34-57 of filing instructions.)

| A.<br>Description of Assets<br>(including trust assets)<br><br>Place "(X)" after each asset exempt<br>from prior disclosure | B.<br>Income during<br>reporting period | | C.<br>Gross value at end of<br>reporting period | | D.<br>Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1)<br>Amount<br>Code 1<br>(A-H) | (2)<br>Type (e.g.<br>div. rent. or<br>int.) | (1)<br>Value<br>Code 2<br>(J-P) | (2)<br>Value<br>Method<br>Code 3<br>(Q-W) | (1)<br>Type (e.g.<br>buy, sell,<br>merger,<br>redemption) | (2)<br>Date:<br>Month -<br>Day | (3)<br>Value<br>Code 2<br>(J-P) | (4)<br>Gain<br>Code 1<br>(A-H) | (5)<br>Identity of<br>buyer/seller<br>(if private<br>transaction) |
| 37. US Oncology Common Stock * | | None | | | SELL | 2/4 | J | | |
| 38. Worldwide Restaurant Concept Common Stock * | | None | J | T | | | | | |
| 39. XM Satelite Radio Holdings Common Stock * | | None | | | SELL | 11/4 | J | C | |
| 40. Zimmer Holdings Common Stock * | | None | | | SELL | 3/21 | J | A | |
| 41. Clipper Mutual Fund * | A | Dividend | J | T | BUY | 12/22 | J | | |
| 42. Longleaf Partners Small-Cap * | A | Dividend | J | T | PAR SELL | 8/19 | J | A | |
| 43. Finisar Corp * | | | J | T | BUY | 6/27 | J | | |
| 44. Lucent Technologies * | | | J | T | BUY | 3/31 | J | | |
| 45. | | | | | PAR SELL | 11/4 | J | B | |
| 46. Marathon Oil * | | | J | T | BUY | 12/19 | J | | |
| 47. Matthews Asian Growth & Income Mutual Fund * | A | Dividend | J | T | BUY | 8/19 | J | | |
| 48. | | | | | BUY | 12/9 | J | | |
| 49. Qualcomm * | A | Distribution | J | T | BUY | 3/31 | J | | |
| 50. Rockwell Automatn * | | | J | T | BUY | 12/19 | J | | |
| 51. First Eagle Sogen Overseas A Mutual Fund | A | Dividend | K | T | BUY | 10/16 | K | | |
| 52. | | | | | BUY | 12/5 | J | | |
| 53. Rydex Juno Mutual Fund | | | L | T | BUY | 10/17 | L | | |

1. Income/Gain Codes:   A = $1,000 or less   B = $1,001-$2,500   C = $2,501-$5,000   D = $5,001-$15,000   E = $15,001-$50,000
(See Columns B1 and D4)   F = $50,001-$100,000   G = $100,001-$1,000,000   H1 = $1,000,001-$5,000,000   H2 = More than $5,000,000
2. Value Codes:   J = $15,000 or less   K = $15,001-$50,000   L = $50,001-$100,000   M = $100,001-$250,000
(See Columns C1 and D3)   N = $250,000-$500,000   O = $500,001-$1,000,000   P1 = $1,000,001-$5,000,000   P2 = $5,000,001-$25,000,000
P3 = $25,000,001-$50,000,000   M4 = $More than $50,000,000
3. Value Method Codes:   Q = Appraisal   R = Cost (Real Estate Only)   S = Assessment   T = Cash/Market
(See Column C2)   U = Book Value   V = Other   W = Estimated

| FINANCIAL DISCLOSURE REPORT | Name of Person Reporting | Date of Report |
|---|---|---|
| | Tunheim, John R | 05/14/2004 |

## VIII.  ADDITIONAL INFORMATION OR EXPLANATIONS    (Indicate part of Report.)

erly Tunheim Santrizos Co. (from Section VII, line 5)

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature _____     Date __5/14/2004__

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

### FILING INSTRUCTIONS

Mail signed original and 3 additional copies to:

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544